IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SUPERSEDING |
| | : | |
| v. | : | |
| | : | |
| KEVIN BERNETT JOHNSON | : | 1:25CR188-1 |
| KHURAM ASHFAQ CHOUDHRY | : | 1:25CR188-2 |
| JASON THOMAS CHASE | : | 1:25CR188-3 |
| MATTHEW DAVID MORTON | : | 1:25CR188-4 |
| JERRELL QUINNSHAUN GREEN | : | 1:25CR188-5 |
| JAMAAL ANTONIO ROBERTSON | : | 1:25CR188-6 |
| DWIGHT DEWAYNE CHANDLER, JR. | : | 1:25CR188-7 |
| SHAZAD KHALID KHAN | : | 1:25CR188-8 |
| WENDY ELIZABETH RIZO BODDEN | : | 1:25CR188-9 |
| SHANIECE MONIQUE BOSTIC | : | 1:25CR188-10 |



The Grand Jury charges:

COUNT ONE:

From on or about March 24, 2025, continuing up to and including on or about May 10, 2025, the exact dates to the Grand Jurors unknown, in the County of Durham, in the Middle District of North Carolina, and elsewhere, KEVIN BERNETT JOHNSON, KHURAM ASHFAQ CHOUDHRY, JASON THOMAS CHASE, MATTHEW DAVID MORTON, JERRELL QUINNSHAUN GREEN, JAMAAL ANTONIO ROBERTSON, DWIGHT DEWAYNE CHANDLER, JR., SHAZAD KHALID KHAN, WENDY ELIZABETH RIZO BODDEN, SHANIECE MONIQUE BOSTIC, and divers other persons, known

and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate, and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly, intentionally, and unlawfully distribute quantities of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1).

To knowingly, intentionally, and unlawfully distribute quantities of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

On or about September 19, 2024, in the County of Durham, in the Middle District of North Carolina, KEVIN BERNETT JOHNSON knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title 21, United States Code,

Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about September 26, 2024, in the County of Durham, in the Middle District of North Carolina, KEVIN BERNETT JOHNSON knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FOUR

On or about October 29, 2024, in the County of Durham, in the Middle District of North Carolina, KEVIN BERNETT JOHNSON knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FIVE

On or about November 21, 2024, in the County of Durham, in the Middle District of North Carolina, KEVIN BERNETT JOHNSON knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT SIX

On or about November 21, 2024, in the County of Durham, in the Middle District of North Carolina, KEVIN BERNETT JOHNSON knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT SEVEN

On or about December 5, 2024, in the County of Durham, in the Middle District of North Carolina, KEVIN BERNETT JOHNSON knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance

4

within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT EIGHT

On or about January 23, 2025, in the County of Durham, in the Middle District of North Carolina, KEVIN BERNETT JOHNSON knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT NINE

On or about February 27, 2025, in the County of Durham, in the Middle District of North Carolina, KEVIN BERNETT JOHNSON knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT TEN

On or about March 21, 2025, in the County of Durham, in the Middle District of North Carolina, JERRELL QUINNSHAUN GREEN knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a

5

Case 1:25-cr-00188-UA   Document 57   Filed 08/04/25   Page 5 of 9

mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT ELEVEN

On or about March 21, 2025, in the County of Durham, in the Middle District of North Carolina, JERRELL QUINNSHAUN GREEN knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT TWELVE

On or about March 27, 2025, in the County of Durham, in the Middle District of North Carolina, KEVIN BERNETTE JOHNSON knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THIRTEEN

On or about April 10, 2025, in the County of Durham, in the Middle

District of North Carolina, JAMAAL ANTONIO ROBERTSON knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FOURTEEN

On or about April 25, 2025, in the County of Durham, in the Middle District of North Carolina, DWIGHT DEWAYNE CHANDLER, JR. knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FIFTEEN

On or about May 10, 2025, in the County of Durham, in the Middle District of North Carolina, SHANIECE MONIQUE BOSTIC knowingly did possess in and affecting commerce a firearm, that is, a Smith & Wesson .45 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT SIXTEEN

On or about May 10, 2025, in the County of Durham, in the Middle District of North Carolina, JASON THOMAS CHASE knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled

substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT SEVENTEEN

On or about May 10, 2025, in the County of Durham, in the Middle District of North Carolina, JASON THOMAS CHASE, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, as more fully referenced in Count Sixteen of this Indictment, did knowingly possess a firearm, that is, a Springfield Armory .45 caliber handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT EIGHTEEN

On or about May 10, 2025, in the County of Durham, in the Middle District of North Carolina, JERRELL QUINNSHAUN GREEN knowingly did possess in and affecting commerce ammunition, that is, Norma and Aguila

10mm ammunition, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

                              DATED: August 4, 2025

                              CLIFTON T. BARRETT
                              United States Attorney

                              BY: NICOLE R. DUPRE
                              Assistant United States Attorney

A TRUE BILL:

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
FOREPERSON